The People of the State of Illinois ex rel. John S. Rusch, defendant in error, v. Anna Twohig et al., plaintiffs in error.   Gen. No. 38,930.

Opinion filed November 30, 1936.

J. F. Tyrrell, for plaintiffs in error.   Thomas J. Courtney, State's Attorney, and John F. Cashin, Jr., for defendant in error.

Mr. Justice Hebel delivered the opinion of the court.

The People of the State of Illinois ex rel. John S. Rusch, defendant in error, v. Viola R. Wojcik and Mercedes S. Tuttle, plaintiffs in error. Gen. No. 38,945.

Opinion filed December 2, 1936.

Simon Herr, for plaintiffs in error.   Thomas J. Courtney, State's Attorney, and Ditchburne & Lounsbury, for defendant in error.

Per curiam.

Michael J. O'Malley, appellant, v. Charles J. O'Malley, appellee. Gen. No. 38,928.

Opinion filed December 9, 1936.   Rehearing denied December 28, 1936.

Caplow, Kallen & Caplow, for appellant; David H. Caplow and Julius Reznik, of counsel.   Ben A. Stewart, for appellee.

Mr. Presiding Justice Denis E. Sullivan delivered the opinion of the court.